# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-41038
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 21, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

MICHAEL JAY HAWLEY,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:08-CR-49-1

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:*

Michael Jay Hawley, federal prisoner # 15687-078, was convicted of conspiracy to manufacture methamphetamine and possession of a firearm during and in furtherance of a drug trafficking crime. He appeals the denial of his 18 U.S.C. § 3582(c)(2) motion for a reduction of sentence. Hawley argues that he is entitled to a reduction under Sentencing Guidelines Amendment 782 and contends that the district court should have applied the offense level

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-41038

agreed upon in the plea agreement.  He also asserts that the district court offered insufficient reasons for denying the motion.

Hawley is ineligible for a sentence reduction because he was sentenced below the amended guidelines range of imprisonment.  *See* U.S.S.G. § 1B1.10(b)(2)(A), p.s.; *United States v. Doublin*, 572 F.3d 235, 238 (5th Cir. 2009).  The district court was not required to provide reasons for its denial of the § 3582(c)(2) motion.  *See United States v. Evans*, 587 F.3d 667, 674 (5th Cir. 2009).

The judgment of the district court is AFFIRMED.